## 3920 Lake Shore Drive Building Corporation, Appellee, v. William F. Potts, Appellant.

### Gen. No. 41,555.

opinion filed March 11, 1941. Lord, Bissell & Kadyk, for appellant; Cushman B. Bissell and Bruce S. Parkhill, of counsel; Michael M. Phillips, for appellee; William S. Kaplan, of counsel. Opinion by PRESIDING JUSTICE FRIEND. ''Not to be published in full.''